Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>                              Defendant. | No. 5:14-CV-02329 BLF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE HEARING DATE ON MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:    January 13, 2015<br>Judge:   Hon. Beth Labson Freeman<br>Dept.:   Courtroom 3, 5th Floor |

010450-11 742824 V1

On January 13, 2015, plaintiffs, pursuant to Civil Local Rules 7-7(b)(2) and 7-11, filed their unopposed administrative motion asking that the Court: (a) continue the hearing on defendant Google Inc.'s ("Google") pending motion to dismiss their first amended complaint (Dkt. No. 38) from January 29, 2015, at 9:00 a.m., to February 12, 2015, at 9:00 a.m., due to the unavailability of plaintiffs' lead attorney, Mr. Berman, on January 29, 2015; and (b) continue the case management conference presently scheduled for January 29, 2015 at 1:30 p.m., to February 12, 2015 at 1:30 p.m.  After reviewing plaintiffs' motion and considering this request, the Court ORDERS as follows:

1. Plaintiffs' unopposed motion is GRANTED;

2. The hearing on Google's pending motion to dismiss (Dkt. No. 38), presently scheduled for January 29, 2015 at 9:00 a.m., is continued to February 12, 2015 at 9:00 a.m.; and

3. The case management conference, presently scheduled for January 29, 2015 at 1:30 p.m., is continued to February 12, 2015 at 1:30 p.m.

DATED:  January 14, 2015

*[signature]*

Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE