UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FREE RANGE CONTENT, INC., et al.,

    Plaintiffs,

  v.

GOOGLE INC.,

    Defendant.

Case No. 5:14-cv-02329-BLF

**CASE MANAGEMENT ORDER**

On 02/18/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Class Certification Hearing | 01/19/2017 at 9:00 AM |
| Last Day to Hear Dispositive Motions | 11/02/2017 at 9:00 AM |
| Final Pretrial Conference | 02/22/2018 at 1:30 PM |
| Trial | 03/19/2018 at 9:00 AM |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.

3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

5     IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.

8 Dated: 02/18/2016

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge