# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., et al.,<br>   Plaintiffs,<br>v.<br>GOOGLE INC.,<br>   Defendant. | Case No.   14-cv-02329-BLF<br><br>**ORDER RE JOINT SCHEDULING SUBMISSION**<br>[Re: ECF 119] |

The parties have submitted a joint scheduling submission with disputed dates for Defendant's proposed International Class Motion, Plaintiff's Motion for Class Certification, and Discovery and Summary Judgment. ECF 119.

With regard to the first two disputes, the Court's heavily impacted schedule can accommodate neither a hearing in August 2016 as requested by Defendant for the International Class Motion nor a continued date for the Motion for Class Certification as requested by Plaintiff. Therefore, the Court does not set dates for the International Class Motion. Defendant may file such a motion and have it heard on the Court's next available date. In addition, the Court finds that a joint scheduling submission is not the proper vehicle for Defendant's request regarding the preclusive effect of arguments brought in its International Class Motion on arguments available for its Opposition to Class Certification. As a result, the Court does not address this improper request.

As for the Motion for Class Certification, the Court maintains the hearing date set in the Case Management Order, *see* ECF 115, and therefore adopts Defendant's proposed dates.

Finally, the Court finds the later dates proposed by Plaintiff for discovery and summary judgment to be reasonable. However, the Court does not hear summary judgment and *Daubert*

motions on the same day, and therefore sets the parties' *Daubert* hearings for February 9, 2018. If the parties wish to set the dates for the *Daubert* briefing by Court order, they may submit a stipulated schedule and proposed order for those dates.

Accordingly, the Court SETS the following schedule:

| Event | Date |
|---|---|
| Deadline for Google's Answer to TAC | June 3, 2016 |
| Motion for Class Certification | October 6, 2016 |
| Opposition to Motion for Class Certification | November 17, 2016 |
| Reply in Support of Class Certification | December 22, 2016 |
| Class Certification Hearing | January 19, 2017 |
| Discovery Closes (Except for Expert Discovery) | July 20, 2017 |
| Opening Expert Merit Report(s) | July 27, 2017 |
| Rebuttal Expert Merit Report(s) | August 24, 2017 |
| Close of Expert Discovery | September 14, 2017 |
| Motions for Summary Judgment | September 14, 2017 |
| Summary Judgment Responses | October 5, 2017 |
| Summary Judgment Replies | October 19, 2017 |
| Summary Judgment Hearing | November 2, 2017 |
| Deadline for Parties to Meet and Confer re Joint Pretrial Statement | February 1, 2018 |
| Pretrial Statement and Proposed Order | February 8, 2018 |
| Motions in Limine | February 8, 2018 |
| *Daubert* Hearing | February 9, 2018 |
| Responses to Motions in Limine | February 15, 2018 |
| Submit Jury Instructions | February 15, 2018 |
| Pre-Trial Conference | February 22, 2018 |

| Trial Briefs | March 12, 2018 |
|---|---|
| Trial | March 19, 2018 |

**IT IS SO ORDERED.**

Dated: June 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge