| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Michael G. Rhodes (116127) |
| Robert F. Lopez (*pro hac vice*) | Jeffrey M. Gutkin (216083) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Kyle C. Wong (224021) |
| 1918 Eighth Avenue, Suite 3300 | COOLEY LLP |
| Seattle, WA  98101 | 101 California Street, 5th Floor |
| Telephone:  (206) 623-7292 | San Francisco, CA  94111-5800 |
| Facsimile:   (206) 623-0594 | Telephone:  (415) 693-2000 |
| steve@hbsslaw.com | Facsimile:  (415) 693-2222 |
| robl@hbsslaw.com | rhodesmg@cooley.com |
|  | jgutkin@cooley.com |
| *Attorneys for Plaintiffs and the Proposed Class* | kwong@cooley.com |
|  | *Attorneys for Defendant Google Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>Defendant. | No. 5:14-CV-02329 BLF<br><br>STIPULATION AND [PROPOSED] ORDER RE: ALTERNATIVE DISPUTE RESOLUTION<br><br>Judge:  Hon. Beth Labson Freeman<br>Dept.:   Courtroom 3, 5th Floor |

010450-11 885294 V1

1    This Stipulation is entered into by and between the plaintiffs and defendant Google Inc.
2    ("Google") (collectively "the parties"), through their respective counsel:
3    WHEREAS, the parties have met and conferred with regard to alternative dispute resolution
4    in this matter and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R.
5    3-5;
6    WHEREAS, the parties agree to private mediation of this matter to be held in early January
7    2017, after briefing is completed on plaintiffs' motion for class certification per the schedule
8    currently ordered by the Court, but prior to the presently scheduled hearing on that motion;
9    WHEREAS, the parties further agree that if in early January 2017 there are no reasonable
10   prospects for settlement, then they may seek to be relieved of their obligation to mediate at that time;
11   NOW THEREFORE, it is hereby stipulated by and between the parties through their
12   respective attorneys of record as follows:
13   1.    The parties agree to submit this matter to private mediation in early January 2017,
14   after briefing is completed on plaintiffs' motion for class certification per the schedule currently
15   ordered by the Court, but prior to the presently scheduled hearing on that motion;
16   2.    The parties shall cooperate in selecting the mediator and mediation date;
17   3.    The parties may seek relief from their obligation to mediate in early January 2017 if at
18   that time there are no reasonable prospects for settlement.
19   **IT IS SO STIPULATED.**
20   DATED:  July 11, 2016                                   DATED:  July 11, 2016
21   HAGENS BERMAN SOBOL SHAPIRO LLP            COOLEY LLP
22   By:  /s/ Robert F. Lopez                                By:  /s/ Jeffrey M. Gutkin
23        Robert F. Lopez                                         Jeffrey M. Gutkin
24   *Attorneys for Plaintiffs and the Proposed Class*    *Attorneys for Defendant Google Inc.*
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the above stipulation, it is SO ORDERED.

DATED: _____, 2016          _____
                                        Honorable Beth Labson Freeman
                                        United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Robert F. Lopez, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  July 11, 2016.

                                     */s/ Robert F. Lopez*
                                     Robert F. Lopez

# CERTIFICATE OF SERVICE

I hereby certify the on July 11, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated:  July 11, 2016.

>   */s/ Robert F. Lopez*
>   Robert F. Lopez