| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Robert F. Lopez (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> robl@hbsslaw.com <br><br> *Attorneys for Plaintiffs and the Proposed Class* | Michael G. Rhodes (116127) <br> Jeffrey M. Gutkin (216083) <br> Kyle C. Wong (224021) <br> COOLEY LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111-5800 <br> Telephone: (415) 693-2000 <br> Facsimile: (415) 693-2222 <br> rhodesmg@cooley.com <br> jgutkin@cooley.com <br> kwong@cooley.com <br><br> *Attorneys for Defendant* <br> *Google Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. | No. 5:14-CV-02329 BLF <br><br> STIPULATION AND [PROPOSED] ORDER RE: ALTERNATIVE DISPUTE RESOLUTION <br><br> Judge: Hon. Beth Labson Freeman <br> Dept.: Courtroom 3, 5th Floor |

010450-11 885294 V1

1       This Stipulation is entered into by and between the plaintiffs and defendant Google Inc. ("Google") (collectively "the parties"), through their respective counsel:

      WHEREAS, the parties have met and conferred with regard to alternative dispute resolution in this matter and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

      WHEREAS, the parties agree to private mediation of this matter to be held in early January 2017, after briefing is completed on plaintiffs' motion for class certification per the schedule currently ordered by the Court, but prior to the presently scheduled hearing on that motion;

      WHEREAS, the parties further agree that if in early January 2017 there are no reasonable prospects for settlement, then they may seek to be relieved of their obligation to mediate at that time;

      NOW THEREFORE, it is hereby stipulated by and between the parties through their respective attorneys of record as follows:

1.     The parties agree to submit this matter to private mediation in early January 2017, after briefing is completed on plaintiffs' motion for class certification per the schedule currently ordered by the Court, but prior to the presently scheduled hearing on that motion;

2.     The parties shall cooperate in selecting the mediator and mediation date;

3.     The parties may seek relief from their obligation to mediate in early January 2017 if at that time there are no reasonable prospects for settlement.

**IT IS SO STIPULATED.**

| DATED: July 11, 2016 | DATED: July 11, 2016 |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | COOLEY LLP |
| By: /s/ Robert F. Lopez<br>    Robert F. Lopez | By: /s/ Jeffrey M. Gutkin<br>    Jeffrey M. Gutkin |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendant Google Inc.* |

# ~~[PROPOSED]~~ ORDER

Pursuant to the above stipulation, it is SO ORDERED.

DATED: July 13 , 2016

*/s/ Beth Labson Freeman*
Honorable Beth Labson Freeman
United States District Judge

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Robert F. Lopez, am the ECF User whose identification and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: July 11, 2016.

　　　　　　　　　　　　　　　　　*/s/ Robert F. Lopez*
　　　　　　　　　　　　　　　　　Robert F. Lopez

# **CERTIFICATE OF SERVICE**

I hereby certify the on July 11, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system.

Dated: July 11, 2016.

                                        */s/ Robert F. Lopez*
                                        Robert F. Lopez