# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| FREE RANGE CONTENT, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.  14-cv-02329-BLF <br><br> **ORDER RE REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CLASS CERTIFICATION** |

The Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Class Certification has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature.  The parties are ordered to meet and confer no later than July 21, 2017, and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order.  If no proposed redactions are received by July 21, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: July 13, 2017

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California