Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiffs and Class Counsel for the Certified Class*

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, a Delaware corporation,<br><br>Defendant. | No. 5:14-cv-02329-BLF<br><br>JOINT RESPONSE TO REQUEST FOR STATUS UPDATE AND AGREED REQUEST AND [PROPOSED] ORDER RE: MOTION FOR PRELIMINARY APPROVAL<br><br>AS MODIFIED BY THE COURT<br><br>Courtroom: 3<br>Judge: Honorable Beth Labson Freeman<br>Trial date: Vacated |

**Error! Unknown document property name.**

In response to the Court's Order Requesting Status Update (Dkt. No. 235), Free Range Content, Inc., Coconut Island Software, Inc., Taylor Chose, and Matthew Simpson ("Plaintiffs") and Google LLC ("Google") (collectively, "the Parties") respectfully submit this Joint Response to Request for Status Update and Agreed Request and [Proposed] Order re: Motion for Preliminary Approval.

Since the Parties advised the Court that they had reached a settlement in principle through mediation (Dkt. No. 232), the Parties have continued to work through and discuss certain issues pertinent to settlement and negotiate the specific terms of a settlement agreement.  The Parties have reached agreement on almost all terms, and expect to resolve their remaining differences and to finalize and execute an agreement by January 19, 2018.

In light of the foregoing, the Parties propose a preliminary approval schedule as follows:

| Event | Date |
|---|---|
| Motion for Preliminary Approval | February 15, 2018 |
| Response, if any | March 5, 2018 |
| Reply, if any | March 12, 2018 |
| Hearing, if any | March 22, 2018 at 9:00 a.m. (or as otherwise set by the Court) |

The Parties will submit a joint proposed schedule for final approval of their settlement, including a schedule for this Court's consideration of Plaintiffs' request for service awards, and for attorneys' fees, costs, and expenses, with Plaintiffs' Motion for Preliminary Approval.

Dated: January 8, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Robert F. Lopez
Robert F. Lopez
*Attorneys for Plaintiffs and Class Counsel for the Certified Class*

Dated: January 8, 2018                    COOLEY LLP

/s/ Jeffrey M. Gutkin
Jeffrey M. Gutkin
*Attorneys for Defendant*
GOOGLE INC.

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Joint Response to Request for Status Update and Agreed Request re: Motion for Preliminary Approval, hereby approves the Parties' proposed schedule for briefing and hearing Plaintiffs' Motion for Preliminary Approval.

Plaintiffs shall file their Motion for Preliminary Approval, and the Parties shall file all opening papers in support thereof, by February 15, 2018. Any opposition shall be due on or before March 5, 2018. Any reply to any opposition shall be filed no later than seven (7) days following the filing of any opposition, on or before March 12, 2018.

A hearing on the Motion for Preliminary Approval is scheduled for ~~March 22, 2018~~ April 5, 2018, at 9:00 a.m., unless the Court advises in advance of that date that no hearing is necessary or that the hearing shall occur on a different date.

**IT IS SO ORDERED.**

Dated: January 9, 2018

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

160120156