```
COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
```

Attorneys for Defendant
GOOGLE LLC

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>       v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No.  5:14-cv-02329-BLF<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>AS MODIFIED BY THE COURT<br><br>Courtroom:   3<br>Judge:       Hon. Beth Labson Freeman<br>Trial Date:  Vacated |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATED REQUEST AND [PROP.]
ORDER TO CONTINUE DEADLINES FOR PRELIM.
APPROVAL OF SETTLEMENT (5:14-CV-02329-BLF)

This stipulation is entered into by and between Free Range Content, Inc., Coconut Island Software, Inc., Taylor Chose, and Matthew Simpson ("Plaintiffs") and Google LLC ("Google") (collectively, "the Parties"), by and through their respective counsel:

WHEREAS, this Court issued an order ("Order") requesting a status update regarding the Parties' progress toward reaching settlement on December 18, 2017 (Dkt. No. 235);

WHEREAS, in response to this Court's Order, the Parties filed a Joint Response to Request for Status Update and Agreed Request and [Proposed] Order re: Motion for Preliminary Approval on January 8, 2018 (Dkt. No. 238), laying out the following proposed preliminary approval schedule:

| Event | Date |
| --- | --- |
| Motion for Preliminary Approval | February 15, 2018 |
| Response, if any | March 5, 2018 |
| Reply, if any | March 12, 2018 |
| Hearing, if any | March 22, 2018 at 9:00 a.m. (or as otherwise set by the Court) |

WHEREAS, this Court issued an order accepting the above proposed preliminary approval schedule, with the exception of the hearing date, which the Court set for April 5, 2018 (Dkt. No. 239);

WHEREAS, the Court has previously granted requests for scheduling extensions and modifications as detailed in ¶ 8 of the accompanying Declaration of Jeffrey M. Gutkin ("Gutkin Decl."), and the Parties have neither stipulated to nor moved for any additional modifications of time (Gutkin Decl. ¶ 8);

WHEREAS, Civil Local Rule 6-2(a) permits parties to file a stipulation requesting an order changing time that affects the date of an event or deadline set by Court order;

WHEREAS, on the April 5, 2018 date for which this Court set the hearing on Plaintiffs' Motion for Preliminary Approval, Google's lead counsel Michael Rhodes is scheduled to be in trial before the Honorable Edward J. Davila (trial currently set to conclude on May 8) and Jeffrey Gutkin is scheduled to be outside of the continental United States (Gutkin Decl. ¶ 3);

WHEREAS, Plaintiffs' counsel informed Google's counsel that they have scheduling

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATED REQUEST AND [PROP.]
ORDER TO CONTINUE DEADLINES FOR PRELIM.
APPROVAL OF SETTLEMENT (5:14-CV-02329-BLF)

1  conflicts that would preclude them from attending a hearing on Plaintiffs' Motion for Preliminary

2  Approval on the following Thursday, April 12, 2018 (Gutkin Decl. ¶ 4);

3      WHEREAS, in order to ensure that one of Google's lead counsel and Plaintiffs' counsel

4  will be able to attend the hearing on Plaintiffs' Motion for Preliminary Approval, the Parties have

5  conferred and agreed to request a brief continuance, until April 19, 2018, or whatever date

6  thereafter is convenient for the Court (Gutkin Decl. ¶ 5);

7      WHEREAS, in light of the requested brief continuance of the hearing date, Plaintiffs have

8  also determined they would be aided by an additional week to prepare their Motion for

9  Preliminary Approval, and Google has no objection to Plaintiffs' request for additional time

10  (Gutkin Decl. ¶ 6);

11      NOW THEREFORE, pursuant to Civil Local Rule 6-2(a), Google and Plaintiffs jointly

12  make the stipulated request that the Court enter an order modifying the schedule for preliminary

13  approval as follows:

| Event | Date |
|---|---|
| Motion for Preliminary Approval | February 22, 2018 |
| Response, if any | March 12, 2018 |
| Reply, if any | March 19, 2018 |
| Hearing, if any | April 19, 2018 at 9:00 a.m. (or whatever date thereafter is convenient for the Court) |

**IT IS SO STIPULATED.**

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATED REQUEST AND [PROP.]
ORDER TO CONTINUE DEADLINES FOR PRELIM.
APPROVAL OF SETTLEMENT (5:14-CV-02329-BLF)

| | | |
|---|---|---|
| 1 | Dated: January 22, 2018 | COOLEY LLP |
| 2 | | MICHAEL G. RHODES (116127) |
| | | JEFFREY M. GUTKIN (216083) |
| 3 | | KYLE C. WONG (224021) |

                                        */s/ Jeffrey M. Gutkin*

Jeffrey M. Gutkin
Attorneys for Defendant
GOOGLE LLC

Dated: January 22, 2018         HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)

                                        */s/ Robert F. Lopez*

Robert F. Lopez
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 25, 2018

THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

The Court hereby RESETS the hearing on the motion for preliminary approval to April 27, 2018 at 9:00 A.M.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATED REQUEST AND [PROP.]
ORDER TO CONTINUE DEADLINES FOR PRELIM.
APPROVAL OF SETTLEMENT (5:14-CV-02329-BLF)