Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

*Attorneys for Plaintiffs and Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company, <br><br> Defendant. | No. 5:14-cv-02329-BLF <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br><br> Date:     April 27, 2018 <br> Time:    9:00 a.m. <br> Judge:   Hon. Beth Labson Freeman <br> Dept.:    Courtroom 3, 5th Floor |

010450-11 1016615 V1

1   This stipulation is entered into by and between Free Range Content, Inc., Coconut Island
2   Software, Inc., Taylor Chose, and Matthew Simpson ("Plaintiffs") and Google LLC ("Google")
3   (collectively, "the Parties"), by and through their respective counsel:
4   WHEREAS, on January 9, 2018, having been advised previously that the Parties had reached
5   a settlement in principle of this class action, the Court issued an order accepting the parties' proposed
6   schedule for preliminary approval, with the exception of the hearing date, which the Court set for
7   April 5, 2018 (Dkt. No. 239);
8   WHEREAS, on January 25, 2018, the Court, having been advised of a conflict on the part of
9   Google's counsel with the April 5, 2018, hearing date, re-set the hearing date to April 27, 2018, at
10  9:00 a.m., Dkt. No. 241.  At the Parties' stipulated request, the Court also extended the due-date for
11  Plaintiffs' motion for preliminiary approval by one week, such that the schedule is currently as
12  follows:

| Event | Date |
|---|---|
| Motion for Preliminary Approval | February 22, 2018 |
| Response, if any | March 12, 2018 |
| Reply, if any | March 19, 2018 |
| Hearing, if any | April 27, 2018 at 9:00 a.m. |

16  WHEREAS, the Court has previously granted requests for scheduling extensions and
17  modifications as detailed in paragraph 8 of the accompanying Robert F. Lopez ("Lopez Decl."), and
18  the Parties have neither stipulated to nor moved for any additional modifications of time (Lopez
19  Decl., ¶ 8);
20  WHEREAS, Civil Local Rule 6-2(a) permits parties to file a stipulation requesting an order
21  changing time that affects the date of an event or deadline set by Court order;
22  WHEREAS, the Parties have cooperated toward all tasks necessary to enable Plaintiffs to file
23  their motion for preliminary approval and all supporting papers by February 22, 2018;
24  WHEREAS, the Parties would be greatly aided by an additional week's time to continue
25  working through the final details of the proposed notice and claim documents; and
26  WHEREAS, a week's additional time will not affect the currently scheduled hearing date of
27  April 27, 2018, which the Parties do not seek to change;
28

JOINT STIP. REQ. AND PROP. ORD. TO CONTINUE
DEADLINES FOR PRELIMINARY APPROVAL JOINT
STIPULATED REQUEST AND
[PROPOSED] ORDER TO CONTINUE
DEADLINES FOR
Case No.: 5:14-cv-02329-BLF

- 1 -

010450-11 1016615 V1

NOW THEREFORE, pursuant to Civil Local Rule 6-2(a), Plaintiffs and Google jointly make the stipulated request that the Court enter an order modifying the schedule for preliminary approval as follows:

| Event | Date |
| --- | --- |
| Motion for Preliminary Approval | March 1, 2018 |
| Response, if any | March 15, 2018 |
| Reply, if any | March 22, 2018 |
| Hearing, if any | April 27, 2018 at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated:  February 21, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)


            */s/ Robert F. Lopez*
Robert F. Lopez
*Attorneys for Plaintiffs and Class Counsel*

Dated:  February 21, 2018

COOLEY LLP
MICHAEL G. RHODES (116127)
JEFFREY M. GUTKIN (216083)
KYLE C. WONG (224021)


            */s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin
Attorneys for Defendant
GOOGLE LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  February 21, 2018

                              [signature]
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

.

JOINT STIP. REQ. AND ~~PROP.~~ ORD. TO CONTINUE DEADLINES FOR PRELIMINARY APPROVAL **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR**
Case No.: 5:14-cv-02329-BLF

- 2 -

010450-11 1016615 V1