# Exhibit A

# Andrew S. Levetown | 1439 Woodhurst Blvd. McLean, VA 22102| 703-618-2264

## Overview

Experienced attorney, former federal prosecutor and senior executive with management, investigative, compliance, litigation, and trial experience.

## Summary of Expertise

Litigation and Trial Work
First chair in approximately eighty trials in local and federal courts; wrote briefs and argued appeals before D.C. Circuit and D.C. Court of Appeals. Member of litigation teams in trade secret and restrictive covenant, employment, toxic tort, FCA, class actions, patent infringement, securities fraud and antitrust cases.

Investigations and Corporate Compliance
Managed and led external and internal corporate investigations involving corporate matters such as ADM price fixing, Enron, WorldCom, Madoff and Adelphia; Led fraud and financial investigations involving FCPA, AML, and thefts of or infringement of IP, including trade secrets, gray market goods, TM's and patents.

## Work History

- 2016-Present:
  Since 2016, I have divided my time between the two entities below.

Iron Rock Law, LLP
Federal court litigation in Washington DC; investigating facts, write pleadings, briefs and motions in support of federal court commercial, employment, and trade secret related litigations.

SunBlock Systems, Inc.
Lead executive handling contracting, client engagement, employment, licensing, compliance and regulatory issues. Create corporate entities, write corporate by-laws and operating agreements, write and review software license agreements, users' terms and conditions, privacy policies and acceptable use agreements for SaaS-based product.  Also lead client engagements relating to investigative, litigation and corporate compliance issues.  Speak on issues relating to privacy, trade secret theft and restrictive covenant litigation.

Levetown & Jenkins, LLP                                                             2009-2016
Managing Partner of trial firm working with multiple law firms including one of largest trial firms in the country to identify and develop cases involving potential and actual violations of the FCA, FCRA, FLSA, FCPA, 10B5 securities frauds, the FTC Act and state UDAP statutes, the

Sherman and Clayton Antitrust laws, the Packers and Stockyards Act, and allegations of patent infringement.

<u>FTI Consulting</u>                                                                                                            2007-2009
Managing Director leading Washington DC office of Global Risk and Investigations Group conducting domestic and international investigations.  Also worked with eDiscovery, data analytics and forensics groups.

<u>CoreFacts, LLC and First Advantage Corp.</u>                                                          1999-2007
Founder and CEO of CoreFacts, LLP., a forensic and litigation consulting firm; Built business; sold it to First Advantage in 2004 for an amount in excess of $16M; President of First Advantage litigation services division until 2007.

<u>DSFX</u>                                                                                                                            1997-1999
In-house counsel reviewing and writing contracts and managing a wide variety of corporate compliance issues. Managing international teams of accountants, investigators, eDiscovery and forensics teams in support of litigations and investigations.

<u>Kroll Associates</u>                                                                                                        1994-1997
Regional Counsel responsible for corporate compliance, contracting and employment issues. Managing corporate fraud, FCPA, and other complex internal and external investigations.

<u>United States Attorneys' Office for the District of Columbia</u>                          1990-1994
Assistant United States Attorney representing the United States in state and federal trial and appellate courts.

<u>Reed Smith, LLP</u>                                                                                                        1988-1990
Associate in litigation and employment groups. Second-chair experience in toxic tort litigations; wrote pleadings and motions in commercial, trade secret and employment litigations.

## **Education**

- <u>George Washington University, National Law Center</u>, J.D. 1988 (Graduated with Honors)
    - Editor, <u>Journal of International Law & Economics</u>

- <u>University of Virginia</u>, BA 1984 (Graduated with Honors)
    - Editor–in-Chief, <u>The Lampoon</u>
    - President, UVA Weight-Lifting Club

## **Personal**

My wife and I have six children between the ages sixteen and twenty-five. In my spare time, I offer them advice which they usually ignore. I also paint and write screenplays and comedy.