# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC,<br><br>Defendant. | Case No.  14-cv-02329-BLF<br><br>**ORDER CONTINUING FINAL APPROVAL HEARING TO FEBRUARY 7, 2019 AT 1:30 P.M.; VACATING PENDING MOTION** |

At the request of the parties to continue the final approval hearing to allow for notice to all of the settlement class members, the Court hereby CONTINUES the final approval hearing to February 7, 2019 at 1:30 P.M.  For the reasons stated on the record at the September 21, 2018 telephonic scheduling conference, the parties must file any related motions **on or before January 24, 2019**.  The pending motion for attorney's fees (ECF 258) is hereby TERMINATED without prejudice subject to being renoticed for February 7, 2019.

**IT IS SO ORDERED.**

Dated: September 25, 2018

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California