UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREE RANGE CONTENT, INC., a California corporation, COCONUT ISLAND SOFTWARE, INC., a Hawaii corporation, TAYLOR CHOSE, a Minnesota resident, and MATTHEW SIMPSON, a British Columbia, Canada resident, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware corporation, <br><br> Defendant. | No. 5:14-cv-02329-BLF <br><br> [PROPOSED] FINAL JUDGMENT |

### [PROPOSED] FINAL JUDGMENT

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons:

> All persons or entities Google's records indicate are located within the United States, American Samoa, Puerto Rico, the United States Minor Outlying Islands, the U.S. Virgin Islands, or Canada, whose AdSense account Google disabled or terminated on any date between May 20, 2010 and the date the Court grants Preliminary Approval of this Settlement, and whose last AdSense unpaid amounts Google withheld in their entirety, and permanently, on any date between May 20, 2010 and the date the Court grants Preliminary Approval of this Settlement in connection with such disablement or termination, and where the sum withheld totals $10 or more,

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to Plaintiffs Free Range Content, Inc., Coconut Island Software, Inc., Taylor Chose, and Matthew Simpson (collectively, Plaintiffs); the above-specified class; and Defendant Google LLC (Google) on the terms and conditions of the Class Action Settlement Agreement (the Settlement Agreement or Settlement) approved by the Court's Final Approval Order, dated _____, 2019.

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order.

2. Upon the Effective Date of the Settlement Agreement, all Released Claims of the Releasing Named Plaintiffs and Releasing Class Members are hereby released as against the Releasees, as defined in the Settlement Agreement; *provided, however*, that those Settlement Class Members identified on the Exclusion List attached as Exhibit A hereto are excluded from the Releasing Class Members, having timely opted-out or excluded themselves from the Settlement, such that they are not deemed to have Released Claims under the Settlement or this Judgment.

3. The claims of Plaintiffs and the Settlement Class are dismissed on the merits and with prejudice in accordance with the Court's Final Approval Order.

4. The Parties shall bear their own attorneys' fees, costs, and expenses, except as otherwise set forth in the Final Approval Order or any separate Order(s) on or related to Plaintiffs' Motion for Service Awards, Attorneys' Fees, and Costs and Expenses.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered forthwith. Accordingly, the Clerk is hereby directed to enter this Final Judgment.

**IT IS SO ADJUDGED AND ORDERED.**

**JUDGMENT ENTERED** this day of _____, 2019.

                                                Honorable Beth Labson Freeman
United States District Judge