# Exhibit A

## Settlement Class Memer Opt-Out List

| GCG No. | Name | State | Zip | Country |
|---|---|---|---|---|
| 1000672 | HARRY LI | -- | | CA |
| 1003474 | MATHIEU BLAKE | | | CA |
| 1004323 | CRAIG GIMMEGELT | NY | 11362 | US |
| 1005756 | KWOK PUN CHAN | | | CA |
| 1008337 | MICHAEL A HOWARD | AL | 36613 | US |
| 1011299 | EDMOND PRUTHI | NY | 10704 | US |
| 1013252 | KELLY TOMLINSON | TX | 78734 | US |
| 1016048 | FEHZAN ALI | TX | 75007 | US |
| 1016757 | PARUL S RAO | | | CA |
| 1018483 | ALDO PACCHIONE | | | CA |
| 1020707 | GLEB ANDREJEVICH KUZMIN | MD | 20855 | US |
| 1028151 | M RUGGIERO | | | CA |
| 1030477 | BILL TOL CHEA | CA | 95204 | US |
| 1030555 | HARMANDEEP BANDESHA | | | CA |
| 1033010 | CATALIN CRISTEA | | | CA |
| 1035006 | HOWARD MILLER | MA | 02356 | US |
| 1035021 | SONORAN ONLINE MARKETING LLC | CA | 94111 | US |
| 1046269 | JOSE R BUCHELI | NM | 87106 | US |
| 1075377 | DANIEL MOORE | IN | 46373 | US |
| 1076756 | A'S MERCHANDIZING | MT | 59719 | US |
| 1077795 | KELSON R LUCAS | CT | 06279 | US |
| 1091301 | KELLY TOMLINSON | TX | 78734 | US |
| 1092345 | BETHA NGAITA | CA | 95823 | US |
| 1094292 | STEVEN CONKLIN | CT | 06063 | US |
| 1095802 | THOMAS MICHAEL BILDERBACK | TN | 38320 | US |
| 1098645 | EYRAM SOTOME | NY | 11422 | US |
| 1098852 | ESSENAM SOTOME | NY | 11550 | US |
| 1099300 | YAN FEI ZHANG | | | CA |
| 1099549 | VICTOR RINALDI | | | CA |
| 1101166 | P&Z SERVICES INC. | FL | 33009 | US |
| 1107211 | EYRAM SOTOME | NY | 11553 | US |
| 1107467 | ZACHARY DEPEW | NJ | 08065 | US |
| 1108042 | JUNE-MARIE ROGERS-PETERSON | NY | 14830 | US |
| 1109713 | SARA ZARGARAN | FL | 33141 | US |
| 1121865 | GIUSEPPE MORENA | | | CA |
| 1121904 | CHRISTOPHER HOPE | NY | 14094 | US |
| 1141489 | FOUR PEAKS ONLINE MARKETING | CA | 94111 | US |
| 1159878 | R K REZAUN KARIM | CA | 90706 | US |
| 1181878 | M ABUL HAYAT KHAN | NY | 11372 | US |
| 1182084 | RITUL PATEL | NJ | 08863 | US |
| 1185658 | FEHZAN ALI | TX | 78704 | US |
| 1187934 | NEW PEAK MEDIA INC | | 82609 | CA |
| 1192823 | EONLINEGLOBAL, INC. | CA | 94111 | US |

## Settlement Class Memer Opt-Out List

| GCG No. | Name | State | Zip | Country |
|---|---|---|---|---|
| 1195301 | MASOUMEH SHAYESTEH MANESH | | | CA |
| 1197566 | C2C MARKETING, INC. | NV | 89107 | US |