# Exhibit A

U.S. District Court for the Northern District of California
San Jose Courthouse
Judge Edward J. Davila
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

GCG, P.O. Box 10537
Dublin, OH 43017-4537

Free Range Content, Inc. v. Google LLC, 5:14-cv-02329-BLF
Class Member No:  1009629
Control No:  0660328978

Dear Sir/Madam:

I have been informed that my Rights may have been violated by Google LLC -

I am the Founder & CEO of PopuTrust (www.poputrust.com) which offers Data Privacy and Data Security Services. As an established Google Adsense Expert with 20 years of experience – I am particularly sensitive to AdSense breach of contracts and have spent millions on Google Adsense in the day-to-day aspects of my business over 20 years as a digital ad Agency.

I was/am a Client / Customer between May 20, 2010, and May 7, 2018, however, the Google Adsense account is linked to Google Analytics, and Google Gmail, and many other services controlled by Google – so the Class Action cannot be limited to the one AdSense Account.

**I object** to the Class Action in every possible way and will be pursuing independent recourse. I realize the Class Action will attempt to dismiss my objection – but I have an Advertising Agency that represents dozens of Adsense accounts – each needs to be handled separately and uniquely in order for the court to consider fairly and determine a percentage / accurate number of accounts / replies.

Further, I believe that Settlement Fund is excessive for the Attorneys' Fees - and requests that the Court consider another method of determining pro-rata payouts should they be assessed - such as billable hours spent to assure that Funds are available to the effected parties.

Additionally, I request a list of Non-Profit Organizations and the method by which determination/selection is made should the Settlement Fund have a balance remaining.

Sincerely,

Eric Melin
(617) 500-3458
ericmelin@gmail.com
20 Portsmouth Ave, Box 425
Stratham, NH  03885 USA