# Exhibit B

## Katherine Kicinski

| | |
|---|---|
| **From:** | George Dodaj <GGE_objection@www.adsensepublishersettlement.com> |
| **Sent:** | Saturday, June 23, 2018 9:31 PM |
| **To:** | Info@AdSensePublisherSettlement.com |
| **Subject:** | Free Range Content, Inc. v. Google LLC - Objection |
| **Categories:** | Objection |

## Subject :
Free Range Content, Inc. v. Google LLC - Objection

## Name :
George Dodaj

## Email :
google@abcagents.net

## Company :

## Address :
14390 Route 30
North Huntingdon, PA 15642

## AdSenseID :

## AdEmail :
google@abcagents.net

## Phone :
4128291118

## Comments :
The amount of $11,000,000 appears incredibly low. Google and the class counsel can easily determine the amounts Google owes to achieve a precise figure. In most cases, Google did not advise clients that they would not receive the funds, they just made it appear that the funds could not be withdrawn. A fair settlement would be for Google to simply release the funds and pay interest on them.

In the vast majority of cases, the decision by Google was arbitrary, capricious, and without any explanation.

Our funds were held without any notification of the reasons. Consumers and businesses in this situation are entitled to a fair settlement that fully compensates them for their losses, rather than a nominal settlement of $11,000,000 that appears to provide class counsel with attorney fees and a few dollars to the victims of Google's conversion of commissions.

## Captcha_code :
e63fya

## Confirmed :
Yes

## IP address of the submitter:
205.164.5.242