# Exhibit C

**Katherine Kicinski**

| | |
|---|---|
| **From:** | paul isaac <GGE_objection@www.adsensepublishersettlement.com> |
| **Sent:** | Wednesday, May 30, 2018 2:53 PM |
| **To:** | Info@AdSensePublisherSettlement.com |
| **Subject:** | Free Range Content, Inc. v. Google LLC - Objection |
| **Categories:** | Objection |

## Subject :
Free Range Content, Inc. v. Google LLC - Objection

## Name :
paul isaac

## Email :
underdog.isaac@gmail.com

## Company :

## Address :
9210 market place unit c201, lake stevens, wa, 98258

## AdSenseID :

## AdEmail :
underdog.isaac@gmail.com

## Phone :
4257505817

## Comments :
I do object to the justice fund or any other person who is not a victim, other than the lawyer, from receiving any funds, and also do object to the amount owed being limited to the amount withheld. Actual damages are far greater than the paltry sum withheld from me. Were I to estimate those damages, they would be roughly $5,000.00. Please do try to recover the damages I've suffered due to Googles actions, in totality.

## Captcha_code :
7krvym

## Confirmed :
Yes

**IP address of the submitter:**
73.109.61.34