# Exhibit D

# Katherine Kicinski

| | |
|---|---|
| **From:** | George Cappel <GGE_objection@www.adsensepublishersettlement.com> |
| **Sent:** | Wednesday, May 30, 2018 10:27 AM |
| **To:** | Info@AdSensePublisherSettlement.com |
| **Subject:** | Free Range Content, Inc. v. Google LLC - Objection |
| **Attachments:** | Google AdSense Appeal.pdf |
| | |
| **Categories:** | Objection |

### Subject :
Free Range Content, Inc. v. Google LLC - Objection

### Name :
George Cappel

### Email :
george@blueislanddigital.com

### Company :
Blue Island Digital

### Address :
My One Amor
3417 Lake Breeze Drive
Orlando FL 32808

### AdSenseID :

### AdEmail :
george@blueislanddigital.com

### Phone :
4074373998

### Comments :
We had a new account which we explained that there had been an error on. Google didn't care and cancelled, keeping the funds. We specifically designed the site for Adsense so we are out all development costs.

AS PART OF SETTLEMENT GOOGLE SHOULD BE ORDERED TO RE-INSTATE ALL CANCELLED ACCOUNTS UNLESS THERE WAS A CRIMINAL OR OTHER SERIOUS THREAT. THE SETTLEMENT AGREEMENT SHOULD ALSO ORDER GOOGLE TO HAVE A FAIR APPEAL PROCESS AND NOT BE ALLOWED TO ARBITRARILY CANCEL ACCOUNTS WITHOUT PROVIDING PROOF OF THE INVALID ACTIVITY OR SHOW CAUSE.

### Captcha_code :
WydEap

### Confirmed :
Yes

### File upload :
Google AdSense Appeal.pdf

### IP address of the submitter:
162.196.26.61

**Re: [6-1257000015611] Invalid activity appeal**

| Inbox | x |
|---|---|

**adsense-adclicks@google.com**  1/25/17

to me, noreply+support

Hello,

This message confirms that we've received your appeal submission.

We'll get to your appeal as soon as we can, though due to the high volume of emails we receive, it may take us up to a week or more to process it. If you've previously submitted an appeal for this account, you might not receive a response to this or future appeals.

Also, please be aware that appealing the disabling of your AdSense account does not guarantee that it will be reinstated.

If you have any questions or concerns about accounts disabled for invalid activity, please visit https://www.google.com/adsense/support/bin/answer.py?answer=57153.

Thanks for your patience and understanding.

Sincerely,

The Google AdSense Team